1  Andrew F. Pierce, Esq. (State Bar No. 101889)
2  Scott A. Berman, Esq. (State Bar No. 191460)
   PIERCE & SHEARER LLP
3  2200 Geng Road, Suite 230
   Palo Alto, CA  94303
4  Phone (650) 843-1900
   Fax     (650) 843-1999
5  E-Mail:  apierce@pierceshearer.com
            scott@pierceshearer.com
6
   Attorneys for Plaintiff Nancee Larson

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
                                          Case No.  CV12-00036 PSG
12
   NANCEE LARSON, an individual,          **PLAINTIFF NANCEE LARSON'S NOTICE**
13                                        **OF DISMISSAL WITHOUT PREJUDICE;**
                  Plaintiff,              [ xxxxxxxxx ] ORDER
14
15 vs.                                    [Fed. R. Civ. P. 41(a)(1)]

16 PROFESSIONAL RESOURCE FOR
   NURSES, an unincorporated labor
17 association, and DOES 1-10, inclusive,

18                Defendants.

---

1
**PLAINTIFF NANCEE LARSON'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

TO DEFENDANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, NANCEE LARSON, through her designated counsel requests that the above-captioned action be and hereby is dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiff further requests that the Court vacate the Case Management Conference currently scheduled for March 27, 2012.

PIERCE & SHEARER LLP

Dated: March 5, 2012

By: *Scott Berman*
SCOTT A. BERMAN
Attorney for Plaintiff
NANCEE LARSON

THEREFORE, IT IS ORDERED THAT, pursuant to FRCP 41(a)(1), the above-referenced action is dismissed without prejudice.

Dated: March 8, 2012

*Paul S. Grewal*
The Honorable Paul S. Grewal
United States Magistrate Judge