1  Andrew F. Pierce, Esq. (State Bar No. 101889)
   Scott A. Berman, Esq. (State Bar No. 191460)
2  PIERCE & SHEARER LLP
   2200 Geng Road, Suite 230
3  Palo Alto, CA  94303
   Phone (650) 843-1900
4  Fax     (650) 843-1999
   E-Mail:  apierce@pierceshearer.com
5            scott@pierceshearer.com

6  Attorneys for Plaintiff Nancee Larson

7

8

9  UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

   SAN JOSE DIVISION

11

12 |                                      | Case No.  CV12-00036 PSG |
   | NANCEE LARSON, an individual,        |                          |
13 |                                      | **PLAINTIFF NANCEE LARSON'S NOTICE OF DISMISSAL WITHOUT PREJUDICE;** |
14 |             Plaintiff,               | [ xxxxxxxxx  ] **ORDER** |
15 | vs.                                  | [Fed. R. Civ. P. 41(a)(1)] |
16 | PROFESSIONAL RESOURCE FOR NURSES, an unincorporated labor |  |
17 | association, and DOES 1-10, inclusive, |  |
18 |             Defendants.              |  |

19

20

21

22

23

24

25

26

27

28

---

1
**PLAINTIFF NANCEE LARSON'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

TO DEFENDANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, NANCEE LARSON, through her designated counsel requests that the above-captioned action be and hereby is dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiff further requests that the Court vacate the Case Management Conference currently scheduled for March 27, 2012.

PIERCE & SHEARER LLP

Dated: March 5, 2012        By: _____
                            SCOTT A. BERMAN
                            Attorney for Plaintiff
                            NANCEE LARSON

THEREFORE, IT IS ORDERED THAT, pursuant to FRCP 41(a)(1), the above-referenced action is dismissed without prejudice.

Dated: March 8, 2012        _____
                            The Honorable Paul S. Grewal
                            United States Magistrate Judge

---

2
PLAINTIFF NANCEE LARSON'S NOTICE OF DISMISSAL WITHOUT PREJUDICE